# Court of Appeals
# of the State of Georgia

ATLANTA,  December 13, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0699.  BLADIMIR POCASANGRE v. EPH2 ASSETS, LLC.**

This case began as a dispossessory proceeding in magistrate court.  Following an adverse ruling in that court, defendant Bladimir Pocasangre appealed to the superior court, which entered judgment in favor of the plaintiff and denied Pocasangre's appeal.  Pocasangre then appealed directly to this Court.  We lack jurisdiction.

Pocasangre failed to file an application for discretionary appeal as required. "[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation omitted); see also OCGA § 5-6-35 (a) (1).  Pocasangre's failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/13/2016*
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

  , *Clerk.*